NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1425

CORUS STAAL BV,

Plaintiff-Appellant,

v.

UNITED STATES and DEPARTMENT OF COMMERCE,

Defendants-Appellees,

and

UNITED STATES STEEL CORPORATION,

Defendant-Appellee,

and

ARCELORMITTAL USA INC.,

Defendant.

Appeal from the United States Court of International Trade
in case no. 07-00221, Judge Judith M. Barzilay.

ON MOTION

ORDER

Upon consideration of the motion for an extension of time for the appellees to file their briefs,

IT IS ORDERED THAT:

The motion is granted. The appellees' briefs are due no later than December 14, 2009.

FOR THE COURT

DEC 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Joel D. Kaufman, Esq.
       William A. Fennell, Esq.
       Claudia Burke, Esq.
       Jeffrey D. Gerrish, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 1 2009

JAN HORBALY
CLERK